IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFF TREU, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV341 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTELOPE COUNTY, a Nebraska political subdivision, and DARREL HAMILTON, in his individual and official capacity as Sheriff of Antelope County, Nebraska, | ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the motion for extension of time to file Rule 26(f) report of parties planning conference (Filing No. 14). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; the parties shall have until October 27, 2008, to file their Rule 26(f) report of planning conference.

DATED this 14th day of October, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court