IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFF TREU, | ) | 8:08CV341 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| ANTELOPE COUNTY, a Nebraska | ) | |
| Political Subdivision, and DARRELL | ) | |
| HAMILTON in his individual and | ) | |
| official capacity as Sheriff of | ) | |
| Antelope County, Nebraska, | ) | |
| | ) | |
| Defendants, | ) | |

This matter is before the Court after receipt of the report of parties' planning conference (Filing No. 18).

IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**Thursday, December 11, 2008, at 8:15 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska, to establish a final progression order for this case. The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 17th day of November, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court