IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JEFF TREU,                          )
                                    )
            Plaintiff,              )        8:08CV341
                                    )
     v.                             )
                                    )
ANTELOPE COUNTY, a Nebraska         )        ORDER
political subdivision, and          )
DARREL HAMILTON, in his             )
individual and official             )
capacity as Sheriff of              )
Antelope County, Nebraska,          )
                                    )
            Defendants.             )
_____)
```

        This matter is before the motion for plaintiff's motion for enlargement of time to file brief in opposition to motion for partial judgment on the pleadings (Filing No. 22).  The Court finds said motion should be granted.  Accordingly,

        IT IS ORDERED that the motion is granted; plaintiff shall have until December 4, 2008, to respond to defendants' motion for partial judgment on the pleadings.

        DATED this 24th day of November, 2008.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                               LYLE E. STROM, Senior Judge
                               United States District Court