IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JEFF TREU,** | ) | **CASE NO. 8:08CV341** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **ANTELOPE COUNTY, a Nebraska Political Subdivision, and DARREL HAMILTON in his individual and official capacity as Sheriff of Antelope County, Nebraska,** | ) ) ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 40). The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal (Filing No. 40) is approved, and the relief requested therein is granted;

2. The Complaint and all claims in this action are dismissed with prejudice; and

3. The parties shall pay their own costs and attorneys' fees.

DATED this 3rd day of June, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge